No. 6805.—Orcasitas, apldo., *v.* Hernández, et al., apltes.—C. D. Humacao. Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción del apelado para que desestimemos por frívola esta apelación y no teniendo ante nosotros todos los documentos ne-

cesarios para resolver la cuestión propuesta, no ha lugar a acceder a lo solicitado.

En los siguientes casos, a propuesta de sus distintos jueces, la corte desestimó, por frívolos, los recursos interpuestos.

Nos. 6452, 6481, 6504, 6505, 6506, 6770, 6792, 6793, 6794, 6817.

En los siguientes casos, a propuesta de sus distintos jueces, la corte se negó a desestimar, por frívolos, los recursos, por no aparecer que claramente lo fueran, no habérsele convencido o estar convencida de, o demostrádosele, la supuesta frivolidad.

Nos. 6471, 6557, 6665, 6688, 6746, 6764, 6791, 6797, 6805, 6819, 6872, 6881.